**James CLARK, Petitioner–Appellant,**

v.

**DIRECTOR, Department of Corrections, Respondent– Appellee.**

**No. 01–6369.**

United States Court of Appeals, Fourth Circuit.

Submitted July 26, 2001.

Decided July 31, 2001.

James Clark, pro se.

Marla Graff Decker, Assistant Attorney General, Richmond, VA, for appellee.

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

PER CURIAM.

James Clark appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Clark v. Director, Dep't of Corr.,* No. CA–00–406–AM (E.D. Va. filed Feb. 12, 2001; entered Feb. 14, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*